

United States District Court
Southern District of Texas
FILED

MAR 2 2 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FINSA DEVELOPMENT CORPORATION | § | |
| | § | |
| | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-02-053 |
| | § | |
| | § | |
| | § | |
| FACTORY MUTUAL INSURANCE | § | |
| COMPANY and FM GLOBAL | § | |

## CERTIFICATE OF SERVICE

I CERTIFY that pursuant to instructions on item number eight on the Order

Setting Conference, the same is attached hereto and served onto Mr. T. Mark

Blakemore at Rentfro, Faulk & Blakemore, L.L.P., 185 E. Ruben Torres, Sr.

Boulevard, Brownsville, Texas via certified mail return receipt requested number

7000 0520 0021 7404 7476 on this the 22nd day of March, 2002.



Respectfully Submitted,
**PÉREZ & ASSOCIATES**

By: _____
Frank E. Pérez
State Bar No. 15776540
Southern District Bar No. 1930
436 Paredes Line Road
Brownsville, Texas 78521
Telephone:    (956) 504-5403
Facsimile:    (956) 504-5991

Mr. John C. Hart
State Bar No. 09147600
Southern District Bar No. 17952
Mr. Grant Liser
State Bar No. 12415000
Brown, Herman, Dean, Wiseman, Liser & Hart, L.L.P.
200 Fort Worth Club Building
306 West 7th St.
Fort Worth, Texas 76102-4905
Telephone:   (817) 332-1391
Facsimile:   (817) 870-2427

ATTORNEYS FOR FACTORY MUTUAL INSURANCE COMPANY AND FM GLOBAL

United States District Court
Southern District of Texas
FILED

MAR 2 0 2002

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS by
Michael N. Milby
Clerk of Court

| | |
|---|---|
| <u>FINSA DEVELOPMENT CORPORATION</u> §<br>§<br>*versus* §  CIVIL ACTION B- **B-02-053**<br>§<br><u>FACTORY MUTUAL INSURANCE COMPANY</u> § | |

## <u>Order Setting Conference</u>

1.  Counsel shall appear for an initial pretrial conference:

### <u>August 6, 2002 at 1:30 p.m.</u>

Before the Honorable Hilda G. Tagle
United States District Judge
Third Floor-Courtroom No. 3
United States Courthouse
600 E. Harrison Street, #306
Brownsville, Texas 78520

2.  Within 15 days of receiving this order, counsel must file a list of all entities that are financially interested in this litigation, including parent, subsidiary, and affiliated corporations. When a group description is effective disclosure, an individual listing is not necessary. Underline the name of corporations with publicly traded securities. Counsel must promptly amend the list when parties are added or additional interested parties are identified.

3.  The plaintiff must serve the defendant within 120 days of filing the complaint. The plaintiff's failure to file proof of service within that time may result in dismissal by the court on its own initiative. *See* Rule 4(m).

4.  At least 14 days before the conference, counsel must file a joint case management plan with the identity and purpose of witnesses, sources and types of documents, and other requirements for a prompt and inexpensive preparation of this case for disposition by motion or trial. *See* Fed R. Civ. P. Rule 26(f).

5.  The parties may agree on additional deadlines for completion of pretrial matters and bring a proposed Scheduling and Docket Control Order with them to the initial pretrial conference.

6.  By the conference, counsel will have interviewed their clients and read the documents; readily available documents will have been exchanged at the plan meeting at the latest.

7.  The court will set a schedule for initial preparation and may rule on motions pending or made at the conference.

8.  Counsel who file or remove an action must serve a copy of this order on the other parties.

9.  Counsel who appears at the conference must have authority to bind the client and must know the facts.

10. Counsel must have discussed alternative dispute resolution with their clients and each other; at the conference, the court will consider whether a method of ADR is suited to this case.

11. Failure to comply with this order may result in sanctions, including dismissal of the action and assessment of expenses.

BY ORDER OF THE COURT