IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 8 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| FINSA DEVELOPMENT CORPORATION<br>*Plaintiff*<br><br>VS.<br><br>FACTORY MUTUAL INSURANCE<br>COMPANY and FM GLOBAL<br>*Defendant* | §<br>§<br>§<br>§  CIVIL ACTION NO. B-02-053<br>§<br>§<br>§<br>§ |

## PLAINTIFF FINSA DEVELOPMENT CORPORATION'S LIST
## OF ENTITIES FINANCIALLY INTERESTED IN THIS LITIGATION

**TO THE HONORABLE JUDGE OF SAID COURT:**

   **COMES NOW Plaintiff, FINSA DEVELOPMENT CORPORATION**, and files this its list of entities it believes are financially interested in this litigation:

   FINSA Development Corporation
   973 South Minnesota
   Brownsville, Texas 78521
   (956) 550-9017
   -Plaintiff

   Factory Mutual Insurance Company, or any of its related entities
   5800 Granite Parkway Suite
   Granite Park One
   Plano, Texas 75024
   -Defendant

   FM Global, or any of its related entities
   5800 Granite Parkway Suite
   Granite Park One
   Plano, Texas 75024
   -Defendant

The Plaintiff's list of entities that it believes are financially interested in this litigation will be amended pursuant to the Court's scheduling order if parties are added or additional interested parties are identified.

> Respectfully submitted,
> RENTFRO, FAULK & BLAKEMORE, L.L.P
>
> By: _____
> T. Mark Blakemore
>   Federal ID No. 1915
>   State Bar No. 02431800
> Daniel P. Whitworth
>   Federal ID No. 23119
>   State Bar No. 24008275
>
> Attorneys for FINSA DEVELOPMENT CORPORATION

OF COUNSEL:
Rentfro, Faulk & Blakemore, L.L.P.
185 E. Ruben Torres, Sr. Blvd.
Brownsville, TX 78520

### CERTIFICATE OF SERVICE

I certify that on the 28th day of March, 2002, a true and correct copy of the foregoing was forwarded via regular mail by depositing with the United States Postal Service, to known counsel of record as follows:

John C. Hart
Brown, Herman, Dean, Wiseman, Liser & Hart, LLP
200 Fort Worth Club Building
306 West 7th St.
Fort Worth, Texas 76102-4905

Frank E. Perez
Perez & Associates
436 Paredes Line Rd.
Brownsville, TX 78520

_____
T. Mark Blakemore