IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 03 2002

Michael N. Milby
Clerk of Court

| FINSA DEVELOPMENT CORPORATION | § | |
| :--- | :--- | :--- |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-053 |
| | § | |
| | § | |
| FACTORY MUTUAL INSURANCE | § | |
| COMPANY and FM GLOBAL | § | |

## DEFENDANTS' LIST OF ENTITIES
## FINANCIALLY INTERESTED IN THIS LITIGATION

TO THE HONORABLE COURT:

Factory Mutual Insurance Company and FM Global, Defendants in the above-styled and numbered cause, file this their List of Entities Financially Interested in This Litigation, and would respectfully show the Court that at this time it believes the following entities are financially interested in this litigation:

A.  FINSA Development Corporation
    973 South Minnesota
    Brownsville, Texas 78521
    (956) 550-9017
    Plaintiff

B.  Factory Mutual Insurance Company
    5800 Granite Parkway Suite
    Granite Park One
    Plano, Texas 75024
    Defendant

C.  FM Global is a trade name utilized by Factory Mutual Insurance Company in the insurance industry and is not a separate and distinct business entity.

Respectfully submitted,

By: *John C. Hart by permission*

John C. Hart
State Bar No. 09147600
Southern District Bar No. 17952
Grant Liser
State Bar No. 12415000
Brown, Herman, Dean, Wiseman, Liser & Hart, L.L.P.
200 Fort Worth Club Building
306 West 7th St.
Fort Worth, Texas 76102-4905
Telephone:  (817) 332-1391
Facsimile:   (817) 870-2427
ATTORNEYS FOR FACTORY MUTUAL INSURANCE COMPANY AND FM GLOBAL

OF COUNSEL:

Frank E. Pérez
State Bar No. 15776540
Southern District Bar No. 1930
436 Paredes Line Road
Brownsville, Texas 78521
Telephone:  (956) 504-5403
Facsimile:   (956) 504-5991

## CERTIFICATE OF SERVICE

I hereby certify that on this the ___3rd___ day of April 2002, a true and correct copy of the foregoing instrument has been served upon counsel of record by the following method:

**VIA CMRRR# 7000 0520 0021 7404 6998**
Mr. T. Mark Blakemore
Rentfro, Faulk & Blakemore, L.L.P.
185 E. Ruben Torres, Sr. Blvd.
Brownsville, Texas 78526

_____
Pérez & Associates