Case 1:02-cv-00053   Document 8   Filed in TXSD on 07/30/2002   Page 1 of 5

United States District Court
Southern District of Texas
FILED

JUL 3 0 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| FINSA DEVELOPMENT CORPORATION §<br>Plaintiff, §<br>§<br>vs. §<br>§<br>FACTORY MUTUAL INSURANCE §<br>COMPANY and FM GLOBAL §<br>Defendant § | CIVIL ACTION NO. B-02-053 |

## AGREED RULE 26(f) JOINT CASE MANAGEMENT PLAN

Pursuant to the Court's Order Setting Conference and directing preparation of a Joint Case Management Plan, counsel for Plaintiff and Defendant, pursuant to Rule 26(f), would respectfully show the Court the following:

1. The discussion of this Plan was conducted on July 26 and 29, 2002, by T. Mark Blakemore, attorney for Plaintiff, and Grant Liser, attorney for Defendant, although discussions regarding production of documents and depositions have been ongoing since the inception of the suit.

2. Walnut Grove, LLC vs. FINSA Development Corporation, Cause No. 01 L 1211, in the Third Judicial Circuit Court of Madison County, Illinois
FINSA Development Corporation vs. Walnut Grove, LLC, Civil Action No. B-02-043, in the United States District Court for the Southern District of Texas, Brownsville Division.

3. This Court has jurisdiction under diversity of citizenship.

4. None of the parties disagree with this Court's jurisdiction.

5. At this time, the parties do not anticipate the addition of other parties.

6. There are no anticipated interventions.



7. There are no class-action issues.

8. Disclosures required by Rule 26(a) have begun and will be finalized within 30 days from the date of the Pretrial Scheduling Order.

9. The parties have agreed to the following discovery plan:

   a. Responses to all matters raised by Rule 26(f) shall be made by _____.

   b. The Plaintiff anticipates it may serve Interrogatories to Defendant within 45 days from the date of the Pretrial Scheduling Order.

   c. The Defendant anticipates it may serve Interrogatories on the Plaintiff within 30 days from receipt of the initial Disclosure.

   d. The Plaintiff anticipates taking the oral depositions of the following persons to be completed by May 1, 2003:

   > Stephen E. Marek
   > Factory Mutual Insurance Company
   > 540 Maryville Centre Drive, Suite 400
   > St. Louis, MO  63141-5819

   > Frank F. Liserio
   > Factory Mutual Insurance Company
   > 5800 Granite Parkway, Suite 600
   > Plano, TX  75024

   e. The Defendant anticipates taking the oral depositions of the following persons to be completed by May 1, 2003:

   > Nick Soto, Jr.
   > FINSA Development Corporation
   > 973 South Minnesota
   > Brownsville, Texas 79521

   > Sergio Arguelles,
   > FINSA Development Corporation
   > 973 South Minnesota
   > Brownsville, Texas 79521

   > Jorge De La Garza

Ziwa Corporation
488 Regal Row
Brownsville, Texas 78521

Napoleon Munoz, and other currently unknown employees of
Firecheck Of Texas, Inc.
P.O. Box 720222
McAllen, Texas 78504

William F. Straeter
Walnut Grove L.L.C.
1111 Sixth Street
Highland, Illinois 62249

Donald Weder
Walnut Grove L.L.C.
1111 Sixth Street
Highland, Illinois 62249

Wanda M. Weder
Walnut Grove L.L.C.
1111 Sixth Street
Highland, Illinois 62249

Joseph B. Burris, Jr.
Walnut Grove L.L.C.
1111 Sixth Street
Highland, Illinois 62249

Franklin J. Craig
Walnut Grove L.L.C.
1111 Sixth Street
Highland, Illinois 62249

f.  The Plaintiff will be able to designate experts and provide reports required by Rule 26(a)(2)(B) by June 30, 2003 and the Defendant will be able to designate responsive experts and provide their reports within 60 days of the Plaintiff's designation.

g.  At this time, the Plaintiff has not determined whether or not it will take expert depositions.

h.  At this time, the Defendant has not determined whether or not it will be taking expert depositions.

10. The parties agree to the discovery plan.

11. The Defendant has produced documents to Plaintiff.

12. The plan for discovery can reasonably be completed by August 31, 2003.

13. At this time, there is no possibility that this matter can be settled.

14. The parties cooperated and have discussed their factual and legal positions and exchanged documents, but a prompt resolution is unlikely at this time.

15. The Defendant does not believe any alternative dispute resolution technique would be effective in this case at this time.

16. The parties agree to a trial before a magistrate judge.

17. A timely jury demand was made by Plaintiff.

18. The parties believe that it will take five trial days to present the evidence in this case.

19. There are not any pending motions that could be ruled on at an initial pretrial and scheduling conference.

20. There are no motions pending at this time.

21. This case may be resolved upon the resolution of the Illinois case described in item 2 above. The Illinois case was brought by the owner, Walnut Grove, LLC, against its contractor, FINSA Development Corporation, Plaintiff herein, disputing the contractor's performance under a construction contract between them. One of the primary issues of the dispute surrounds the fire suppressant system called for in the contract's building specifications. Defendant, FM Global, reviewed the building specifications at the request of the owner. A conflict over the final design of the fire suppression sprinkler system arose between the owner and FINSA that has resulted in the litigation identified in Paragraph 2 above. Should the owner and contractor, FINSA, resolve their dispute, this case may be voluntarily dismissed. This case was filed to avoid statute of limitations issues.

A joint case confidentiality agreement is in place and has been approved by this Court. Depositions of Defendant's employees will be used in both cases.

Respectfully submitted by,

RENTFRO FAULK & BLAKEMORE, LLP
185 E. Ruben Torres, Sr. Blvd.
Brownsville, TX 78520-9136

By: _____
T. Mark Blakemore
Federal ID No. 448303
State Bar No. 02431800 (Texas)
956-541-9600 - Telephone
956-541-9695 - Facsimile
attorneys@rfbllp.com - email
Attorneys for
FINSA DEVELOPMENT CORPORATION

BROWN HERMAN DEAN WISEMAN LISER & HART LLP
200 FORT WORTH CLUB BUILDING
306 WEST 7TH STREET
FORT WORTH, TX 76102-4905

By: _____
Grant Liser
State Bar No. 12415000
817-332-1391 – Telephone
817-870-2427 – Facsimile
liser@brownherman.com - email

Frank Perez
State Bar No. 15776540
PEREZ & ASSOCIATES
436 PAREDES LINE ROAD
P O BOX 3490
BROWNSVILLE, TX 78523-3490
(956) 504-5403
(956) 504-5991
fperez@aol.com
Attorneys for:
FACTORY MUTUAL INSURANCE COMPANY and
FM GLOBAL