IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FINSA DEVELOPMENT CORPORATION | § § § | |
| VS. | § § § | CIVIL ACTION NO. B-02-053 |
| FACTORY MUTUAL INSURANCE COMPANY and FM GLOBAL | § § | |

## MOTION FOR LEAVE TO APPEAR FOR ATTORNEY IN CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, FACTORY MUTUAL INSURANCE COMPANY AND FM GLOBAL, Defendants in the above-entitled and numbered cause, and make and file this Motion for Leave to Appear for Attorney in Charge, and would show the Court as follows:

JOHN HART is the attorney in charge in the above referenced case. Movant requests leave of Court for GRANT LISER to appear for JOHN HART for the purpose of the Initial Pre-trial Conference. GRANT LISER is familiar with the facts of this file and is authorized to make all necessary decisions at said conference.

Counsel for Defendant has advised Plaintiff's counsel of record of the filing of this Motion and there is no objection to said Motion.

WHEREFORE, Movant requests that the Court grant this motion and prays for general relief.

Respectfully submitted,

**Brown, Herman, Dean, Wiseman, Liser & Hart, L.L.P.**

_____
Grant Liser
State Bar No. 12415000
John C. Hart
State Bar No. 09147600
Southern District Bar No. 17952
200 Fort Worth Club Building
306 West 7th St.
Fort Worth, Texas 76102-4905
Telephone:  (817) 332-1391
Facsimile:  (817) 870-2427

ATTORNEYS FOR FACTORY MUTUAL
INSURANCE COMPANY AND FM GLOBAL

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 12th day of August 2002, a true and correct copy of the foregoing instrument has been served upon counsel of record by the following method:

**VIA FAX (956) 541-9695**
Mr. T. Mark Blakemore
Rentfro, Faulk & Blakemore, L.L.P.
185 E. Ruben Torres, Sr. Blvd.
Brownsville, Texas  78526

_____
Pérez & Associates