IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FINSA DEVELOPMENT CORPORATION | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-053 |
| | § | |
| | § | |
| FACTORY MUTUAL INSURANCE | § | |
| COMPANY and FM GLOBAL | § | |

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE
TO APPEAR FOR ATTORNEY IN CHARGE**

On the 12th day August, 2002, came to be considered Defendants' Motion for Leave to Appear for Attorney in Charge.

Having heard the arguments of counsel, it appears to the Court that the Motion should be GRANTEED;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants' Motion for Leave to Appear for Attorney in Charge be GRANTED, and GRANT LISER will appear for JOHN HART for the purposes of the Initial Pre-trial Conference on August 12, 2002 at 2:00 p.m., before this Court.

SIGNED this 12th day of August 2002, at Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE