## Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED
AUG 12 2002
Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Nicolas    □ Lehrman |
| DATE | 08 — 12 — 02 |
| TIME | a.m. — a.m. / 2:00 p.m. — 2:20 p.m. |
| CIVIL ACTION | B — 02 — 053 |
| STYLE | FINSA Dev. Corp. *versus* Factory Mut. Ins. Co., et al. |

DOCKET ENTRY

(HGT)  ■ Hearing:           (Rptr.  Breck Record )

Mark Blakemore           for   ■ Ptf. #_____  □ Deft. #_____

Grant Liser & Frank Perez   for   □ Ptf. #_____  ■ Deft. #_____

■    Order to be entered: A scheduling order will be entered.

1. The case is stayed pending the outcome of the companion case in Illinois. However, the parties are to continue working together in facilitating the exchange of discovery.

2. The parties shall file a joint status conference report on or before February 7, 2003, informing the Court of the status of the litigation in Illinois and of discovery in this case and B-02cv43.