IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **FINSA Development Corp,** | § § § § § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-02-053 |
| **Factory Mut. Ins. Co. and FM Global,** | § § § § § | |
| Defendants. | § | |

### ORDER

BE IT REMEMBERED that on August 12, 2002, the Court **ORDERED** this case stayed pending the outcome of <u>Walnut Grove L.L.C. v. FINSA Development Corp.</u>, Cause No. 01 L 1211, in the Third Judicial Circuit of Madison County Illinois (the "Illinois Litigation").

IT IS FURTHER **ORDERED** that the parties submit a Joint Status Report on February 7, 2003, regarding (1) the status of the Illinois Litigation and (2) the status of discovery in this matter. The parties shall inform the Court immediately if the Illinois Litigation is resolved by settlement, trial or other court order.

DONE at Brownsville, Texas, this 12th day of August 2002.

Hilda G. Tagle
United States District Judge