IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 3 1 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FINSA DEVELOPMENT CORPORATION,<br>*Plaintiff*<br><br>v.<br><br>FACTORY MUTUAL INSURANCE COMPANY AND FM GLOBAL,<br>*Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-02-053 |

## PLAINTIFF'S UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

Plaintiff FINSA Development Corporation moves the Court pursuant to Local Rule 2D to permit the withdrawal of present counsel-in-charge for FINSA T. Mark Blakemore and Daniel P. Whitworth and the law firm of Rentfro, Faulk & Blakemore, L.L.P. substituting therefore E. R. Fleuriet as attorney-in-charge and The Fleuriet Schell Law Firm LLP of counsel and in support thereof would show the Court that FINSA has conferred with counsel for Respondents Factory Mutual Insurance Company and FM Global and that there is no opposition to this motion.

WHEREFORE, Plaintiff FINSA Development Corporation prays that this motion be granted with all future notices and correspondence directed to its attorney-in-charge E. R. Fleuriet and The Fleuriet Schell Law Firm LLP of counsel as follows:

        E. R. Fleuriet
        Fed. ID No. 1327
        State Bar No. 07145500
        The Fleuriet Schell Law Firm LLP
        621 E. Tyler
        Harlingen, TX 78550
        956-428-3030
        956-421-4339 (fax)

OF COUNSEL:

THE FLEURIET SCHELL LAW FIRM LLP
621 E. Tyler
Harlingen, TX 78550
956-428-3030
956-421-4339 (fax)

        Respectfully submitted,

        Rentfro, Faulk & Blakemore, L.L.P.

        _____

| Of Counsel: | |
|---|---|
| Rentfro, Faulk & Blakemore, L.L.P. | T. Mark Blakemore |
| 185 E. Ruben Torres, Sr. Boulevard | FED ID #1915 |
| Brownsville, Texas 78520 | SBOT #02431800 |
| Tel: (956)541-9600 | Daniel P. Whitworth |
| Fax: (956)541-9695 | FED ID #23119 |
| | SBOT #24008275 |

        Attorneys for Plaintiff, FINSA
        Development Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of October, 2002, a true and correct copy of the foregoing instrument was served upon all known counsel of record, via certified mail as follows:

John C. Hart
Grant Liser
Brown, Herman, Dean, Wiseman, Liser & Hart, LLP
200 Fort Worth Club Building
306 West 7th Street
Fort Worth, TX 76102-4905

Frank E. Perez
Perez & Associates
436 Paredes Line Rd.
Brownsville, TX 78521

_____
T. Mark Blakemore