IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| **FINSA DEVELOPMENT CORPORATION**<br>　　　　Plaintiff,<br><br>v.<br><br>**FACTORY MUTUAL INSURANCE COMPANY AND GLOBAL**<br>　　　　Defendant. | §§§§§§§§§§ CIVIL ACTION B-02-053 |

### Order

BE IT REMEMBERED that on November 5, 2002, the Court **GRANTED** Plaintiff's Unopposed Motion For Substitution of Counsel [Dkt. No. 15].

The Clerk of the Court shall update the Docket to reflect that Mr. E. R. Fleuriet of The Fleuriet Schell Law Firm L.L.P. is attorney-in-charge for Plaintiff and shall direct all notices and correspondence to Mr. Fleuriet at the address stated in Plaintiff's motion.

DONE at Brownsville, Texas, on this 5th Day of November 2002.

　　　　　　　　　　　　_____
　　　　　　　　　　　　Hilda G. Tagle
　　　　　　　　　　　　United States District Judge