

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 7 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FINSA DEVELOPMENT CORPORATION,<br>*Plaintiff*<br><br>v.<br><br>FACTORY MUTUAL INSURANCE COMPANY AND FM GLOBAL,<br>*Defendants* | § § § § § § § § § § | CIVIL ACTION NO. B-02-053 |

## JOINT STATUS REPORT

Plaintiff FINSA Development Corporation and Defendants Factory Mutual Insurance Company and FM Global make this joint status report to the Court:

1.  The parties have engaged in regular discovery since shortly after the inception of this case.

2.  Along with Plaintiff Walnut Grove in Cause No. 01-L-1121 pending in the Third Circuit Court of Madison County, Illinois the parties have exchanged numerous documents.

3.  During September, 2002 depositions of four Factory Mutual employees were taken in St. Louis, to wit: Ronald Tucker, Stephen Marek, Tipton Cook and Larry Wills. All parties in both the Illinois state court action and this action were present through their counsel of record.

4. In early November, 2002 the deposition of two FINSA employees were taken, to wit: Sergio Arguelles and Nick Soto. In addition, the deposition of Jorge de la Garza with ZIWA Construction was taken. All parties in both the Illinois state court action and this action were present through their counsel of record.

5. In December, 2002 depositions of three additional Factory Mutual employees were taken, to wit: Roger Nance, Carl Funk and Frank Liserio. All parties in both the Illinois state court action and this action were present through their counsel of record.

6. On January 7, 2003 representatives of Plaintiff FINSA inspected the warehouse in question.

7. The deposition of William Ciggelakis is scheduled to be taken in San Antonio on Tuesday, February 11, 2003. All parties in both the Illinois state court action and this action will be present through their counsel of record.

8. Another round of depositions is scheduled for February 26 and 27, 2003 at which time three or four persons will be deposed. All parties in both the Illinois state court action and this action will be present through their counsel of record.

9. Plaintiff FINSA Development Corporation has requested mediation among all three parties in both the Illinois state court action and the instant action: Walnut Grove, FINSA Development Corporation and Factory Mutual. Factory Mutual is considering the request for mediation.

10. In summary, during the past eight months, discovery has moved forward in an orderly fashion among the parties to the Illinois state court action and this instant action.

11. The Illinois state court case is presently set for trial May 12, 2003.

12. FINSA is presently filing a motion for leave to join Factory Mutual as a third-party defendant in the Illinois state court action. If leave is granted by the Illinois state court, FINSA intends to move to dismiss the instant action pending in this Court.

Dated this 6th day of February, 2003.

Respectfully submitted,

E. R. Fleuriet
State Bar No. 07145500
Fed. I. D. No. 1327
Attorney-in-Charge
The Fleuriet Schell Law Firm LLP
621 E. Tyler
Harlingen, TX 78550
(956)428-3030
(956)421-4339 (Fax)
Attorneys for Plaintiff

OF COUNSEL:

THE FLEURIET SCHELL LAW FIRM LLP
621 E. Tyler
Harlingen, TX 78550
956-428-3030
956-421-4339 (fax)

By: *John C. Hart*
(signature by permission) by E.R.F.
John C. Hart, Attorney in Charge
State Bar No. 09147600
Southern District Bar No. 17952

BROWN, HERMAN, DEAN, WISEMAN,
LISER & HART, L.L.P.
200 Fort Worth Club Building
306 West 7th St.
Fort Worth, Texas 76102-4905
(817)332-1391 (Telephone)
(817)870-2427 (Telecopier)

OF COUNSEL:

Frank E. Perez
State Bar No. 15776540
Southern District Bar No. 1930
PEREZ & ASSOCIATES
436 Paredes Line Road
Brownsville, Texas 78520
(956)504-5403 (Telephone)
(956)504-5991 (Telecopier)

and

Grant Liser
State Bar No. 12415000
BROWN, HERMAN, DEAN, WISEMAN,
   LISER & HART, L.L.P.
200 Fort Worth Club Building
306 West 7th St.
Fort Worth, Texas 76102-4905
(817)332-1391 (Telephone)
(817)870-2427 (Telecopier)

ATTORNEYS FOR DEFENDANTS
FACTORY MUTUAL INSURANCE
COMPANY and FM GLOBAL