IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FINSA DEVELOPMENT CORPORATION | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-053 |
| | § | |
| | § | |
| FACTORY MUTUAL INSURANCE | § | |
| COMPANY and FM GLOBAL | § | |

United States District Court
Southern District of Texas
FILED

APR 17 2003

Michael N. Milby
Clerk of Court

## NOTICE OF CHANGE OF FIRM NAME

The law firm of PÉREZ & PIETTE would like to announce the change of its **firm name** from PÉREZ & ASSOCIATES to:

PÉREZ & PIETTE
436 Paredes Line Road
P.O. Box 3490 (78523)
Brownsville, Texas 78521
Telephone No.: (956) 504-5403
Facsimile No.: (956) 504-5991

Please note that our e-mail address has changed from FPerez@aol.com to **fperez@perezandpiettelaw.com** and **gpiette@perezandpiettelaw.com**. The Post Office Box address and phone and fax numbers remain the same.



Respectfully submitted,

PÉREZ & PIETTE

By: _____
Frank E. Perez
State Bar No. 15776540
Southern District Bar No. 1930
436 Paredes Line Road
Brownsville, Texas 78521

Telephone: (956) 504-5403
Facsimile: (956) 504-5991
ATTORNEYS FOR FACTORY MUTUAL
INSURANCE COMPANY AND FM
GLOBAL

### CERTIFICATE OF SERVICE

I hereby certify that on this the _16_ day of _April_ 2003, a true and correct copy of the foregoing instrument has been served upon counsel of record by the following method:

**VIA FAX (956) 421-4339**
Mr. Randy Fleuriet
Fleuriet Schell Law Firm
621 E. Tyler St.
Harlingen, TX 78550

Pérez & Piette