IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 3 0 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| FINSA DEVELOPMENT CORPORATION, *Plaintiff* § § § § | |
| v. § § | CIVIL ACTION NO. B-02-053 (UNOPPOSED) |
| FACTORY MUTUAL INSURANCE COMPANY AND FM GLOBAL, *Defendants* § § § § | |

## MOTION TO DISMISS

Plaintiff FINSA Development Corporation files this its Motion to Dismiss without prejudice all causes of action alleged against Defendants Factory Mutual Insurance Company and FM Global, showing the Court the following:

I.

On or about February 6, 2003 the Parties filed their Joint Status Report. Paragraph 12 of that Joint Status Report advised the Court that FINSA was presently filing a motion for leave to join Factory Mutual as a third-party defendant in an Illinois state court action involving the same subject matter as this case. The parties further advised the Court that if leave were granted by the Illinois state court to join Factory Mutual that FINSA intended to move to dismiss this instant action. The Illinois state court has in fact granted FINSA leave to join Factory Mutual as a third-party defendant in the Illinois state court action. Accordingly,

this Motion to Dismiss without prejudice is filed by Plaintiff FINSA Development Corporation.

An Order dismissing without prejudice Plaintiff FINSA's causes of action against Defendants Factory Mutual Insurance Company and FM Global will dispose of this case, there being no counterclaims or crossclaims.

## II.

This Motion is unopposed by Defendants Factory Mutual Insurance Company and FM Global.

WHEREFORE, Plaintiff FINSA Development Corporation moves this Court to dismiss without prejudice its claims against Defendants Factory Mutual Insurance Company and FM Global.

DATED this **28** day of July, 2003.

Respectfully submitted,

E. R. Fleuriet
Attorney-in-Charge
State Bar No. 17145500
Federal I. D. No. 1327
621 E. Tyler
Harlingen, Texas 78550
(956) 428-3030
(956) 421-4339 (fax)
*erf@fleurietschell.com*

Of Counsel:

**THE FLEURIET SCHELL LAW FIRM LLP**
621 E. Tyler
Harlingen, Texas 78550
(956) 428-3030
(956) 421-4339 (fax)

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing instrument was served upon the following counsel of record:

Grant Liser
200 Fort Worth Club Building
306 West 7th Street
Fort Worth, TX 76102-4905

via regular U. S. Mail on this the \_\_28\_\_ day of July, 2003.

*E. R. Fleuriet (signature)*
E. R. Fleuriet