IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 0 1 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| FINSA DEVELOPMENT CORPORATION,<br>*Plaintiff*<br><br>v.<br><br>FACTORY MUTUAL INSURANCE COMPANY AND FM GLOBAL,<br>*Defendants* | § § § § § § § § § | CIVIL ACTION NO. B-02-053<br>(UNOPPOSED) |

## ORDER OF DISMISSAL

Plaintiff FINSA Development Corporation having filed its Motion to Dismiss without prejudice all claims asserted against Defendants Factory Mutual Insurance Company and FM Global, and it appearing to the Court that the Motion is unopposed by Defendants, it is hereby

ORDERED that all claims of Plaintiff FINSA Development Corporation against Defendants Factory Mutual Insurance Company and FM Global are hereby dismissed without prejudice; it is further

ORDERED that costs of Court are taxed against Plaintiff FINSA Development Corporation.

DONE this __31__ day of __July__, 2003.

_____
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL